**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Alfred B. Bluford, Apellant.

Appellate Case No. 2012-212488

―――――――――

Appeal From Greenville County
Letitia H. Verdin, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2013-UP-454
Submitted November 1, 2013 – Filed December 11, 2013

―――――――――

**APPEAL DISMISSED**

―――――――――

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia; and Alfred B. Bluford, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

―――――――――

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.